**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                      **Case No. 4:15-cr-00276-06 KGB**

**ANTHONY BROWN**                                                           **DEFENDANT**

## ORDER

Pending before the Court is the United States' motion to dismiss indictment without prejudice as to defendant Anthony Brown only (Dkt. No. 160). The Court grants the United States' motion to dismiss indictment without prejudice (Dkt. No. 160), and the Court dismisses the indictment without prejudice now pending against Mr. Brown.

It is so ordered this 28th day of December, 2015.

                                                         _____
                                                         Kristine G. Baker
                                                         United States District Judge